

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Theodis and Maria Bruce, Virginia and Sergio Cordova, Victor Corral, Jose Dominguez Magdalena Juarez, Bernarda Lopez, Elisa Negrete, Maria Reyes, Luis Velazquez, Jose Valdez, Antonio and Maria Salgado, and Iris Jordan, | § | No. 08-20-00135-CV |
| | § | Appeal from the |
| | § | 171st District Court |
| | § | of El Paso County, Texas |
| Appellants, | § | (TC# 2016DCV3160) |
| v. | § | |
| Oscar Renda Contracting, | § | |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **August 3, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Oscar A. Lara, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before August 3, 2021.

IT IS SO ORDERED this 7th day of June, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.